**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:15-CV-00158-JHM
CRIMINAL ACTION NO. 4:09-CR-00019-JHM**

ARCHIE M WHALEN             MOVANT/DEFENDANT

VS.

UNITED STATES OF AMERICA         RESPONDENT/PLAINTIFF

MEMORANDUM, OPINION,
AND ORDER

INTRODUCTION

  Petitioner Archie M. Whalen has brought this motion to correct, vacate, or set aside sentence pursuant to 28 U.S.C. § 2255 (DN 248). The memorandum in support of this motion is attached to the motion (DN 248-1). The United States responded (DN 255), and Whalen replied (DN 264). The District Judge referred this case to the undersigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(A) for findings of fact, conclusions of law, and recommendation of disposition (DN 250). Presently, there are unresolved questions of fact. The United States is therefore directed to supplement the record consistent with this order.

DISCUSSION

  Whalen asserts two <u>Brady</u> violations involving the prosecution's alleged failure to turn over two pieces of evidence (DN 248-1 at PageID # 2355-62). The first is a police report from the Hancock County, Maine Sherriff's Office (DN 248-3). The United States responds that the document contains the notation "CY Δ" followed by an apparent indication of a date, "5/9/11." The United States argues the symbol Δ is a common shorthand used by attorneys to signify the defendant, and the apparent date of May 9, 2011 indicates Whalen's counsel must have possessed the document before Whalen's trial in July of 2012 (DN 255 at PageID # 2511).

The second piece of evidence consists of AT&T phone records that Whalen claims he requested and received after trial (DN 248-1 at PageID # 2359). The United States replies that Whalen had the records before his appeal, and because he did not raise this issue on appeal, he is procedurally barred from doing so via collateral attack (DN 255 at PageID # 2511-12). In his reply, Whalen appears to contend that he did not have the AT&T records until it was too late to raise the issue on appeal (DN 264 at PageID # 2551-52).

The United States has provided no actual evidence to back up its claims that Whalen had access to the first document before trial and to the second document in time for his appeal. Moreover, the United States has not briefed the issue of, if the documents were not turned over, whether the failure to do so rose to the level of a <u>Brady</u> violation. At this time, the undersigned does not believe there is a need for a full evidentiary hearing, assuming the United States can provide adequate evidence through affidavits and supporting documentation to prove its claims.

**ORDER**

**IT IS HEREBY ORDERED** that the United States shall submit evidence sufficient to support its claims with respect to the report from the Hancock County, Maine Sherriff's Office **by no later than October 23, 2017**;

**IT IS FURTHER ORDERED** that the United States shall produce evidence sufficient to support its claims with respect to the AT&T phone records **by no later than October 23, 2017**;

**IT IS FURTHER ORDERED** that, if the United States cannot produce sufficient evidence to support its claims, it shall brief the issue of whether the withholding of these records rose to the level of a <u>Brady</u> violation **by no later than October 23, 2017**;

**IT IS FURTHER ORDERED** that Whalen shall respond to the United States **by no later than November 28, 2017.**

Copies: Archie M. Whalen, *pro se*
        Counsel of Record